IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY R. WILKERSON, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:11-cv-1393-O |
| CITIMORTGAGE, INC., et al., | § § § | |
| Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Defendants filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Defendants' objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, it is **ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss (ECF No. 5) is **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED** on this **3rd day** of **January, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**